**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NATIONAL ASSOCIATION OF HOME
INSPECTORS, a Minnesota Non-Profit
Corporation,                                                    CASE NO. 06-CV-11957

                        Plaintiff,                              PAUL D. BORMAN
                                                                UNITED STATES DISTRICT JUDGE
-vs-

NATIONAL ASSOCIATION OF
CERTIFIED HOME INSPECTORS,
a Colorado Corporation,

                        Defendant.
_____/

**ORDER**
**(1) DISMISSING CASE PURSUANT TO A VALID SETTLEMENT AGREEMENT; AND**
**(2) RETAINING JURISDICTION OVER THE ENFORCEMENT OF THE**
**SETTLEMENT AGREEMENT**

        Since the parties have entered into a valid settlement agreement disposing of the claims

in the instant case, the Court hereby **DISMISSES WITH PREJUDICE** the case pursuant to its

authority under Fed. R. Civ. P. 41(a)(2). The terms of the settlement agreement were explained

in this Court's November 13, 2007 Order (Doc. No. 41), and are incorporated by reference

herein.

        The Court shall retain jurisdiction over the enforcement of the settlement agreement.

**SO ORDERED.**


                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE


Dated:  November 16, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 16, 2007.

s/Denise Goodine
Case Manager