# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME INSPECTORS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF CERTIFIED HOME INSPECTORS,<br><br>　　　　　　　Defendant._____/ | JUDGMENT IN A CIVIL CASE<br><br>Case Number: 06-11957<br><br>Honorable PAUL D. BORMAN |

■　**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Attorneys of Record

Dated: 11/16/07　　　　　　　　　　　　　　　　　David Weaver, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Denise Goodine
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk