**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

National Association of Home
Inspectors, Inc., a Minnesota
non-profit corporation,

                    Case No. 2:06-CV-11957

      Plaintiff/Counter-Defendant      Hon. Paul D. Borman

v.

                    .Magistrate Mona K. Majzoub

National Association of Certified Home
Inspectors, a Colorado corporation,

      Defendant/Counter-Plaintiff,
_____/

## **JUDGMENT**

THIS MATTER HAVING COME BEFORE THE COURT on Plaintiff's Motion for Entry of Judgment; the Court having previously granted Plaintiff's motion for reasonable attorney fees and costs; it appearing to the Court that the fees and costs identified and requested in Plaintiff's Motion for Entry of Judgment are reasonable considering the professional standing and experience of Plaintiff's attorney; the skill, time and labor involved; the results achieved; the difficulty of the case; the expenses incurred; and the nature and length of the professional relationship with the client; and the Court being fully advised in the premises; now therefore:

IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall be and is entered in favor of Plaintiff and against Defendant in the amount of Ten Thousand Five Hundred Eighty-Six and 21/100 ($10,586.21) Dollars.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: January 25, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 25, 2008.

                                                        s/Denise Goodine
                                                       Case Manager

Approved as to form:
s/Daniel J. Bernard
James E. Roach (P51792)
      jroach@vmclaw.com
Daniel J. Bernard (P34225)
      dbernard@vmclaw.com
VERCRUYSSE MURRAY & CALZONE PC
31780 Telegraph Road, Suite 200
Bingham Farms, MI 48025
(248) 540-8019
Attorneys for Plaintiff


s/ with the consent of Mark S. Cohen
Mark S. Cohen
COHEN HORNER, LLP
110 Snyder Street, 2nd Floor
P.O. Box 617
Nederland, CO 80466
(303) 258-0561
mark@cohenhorner.com

Barbara L. Mandell
DYKEMA GOSSETT, PLLC.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0570
bmandell@dykema.com
P36437

Attorneys for Defendant